UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID STREETY,

                Petitioner,                   Case No. 2:25-cv-14061
                                               Hon. Susan K. DeClercq

v.

RUSS RURKA,

                Respondent.

_____/

## OPINION AND ORDER DISMISSING DUPLICATE PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, David Streety, is a Michigan prisoner serving a lengthy term of imprisonment for his 1996 conviction of two counts of second-degree murder. On October 8, 2025, the Sixth Circuit granted Petitioner permission to file a second or successive habeas petition. *See* Order, ECF No. 1, PageID.83.

Prior to filing the present petition, on October 8, 2025, Petition filed another habeas petition in accordance with the Sixth Circuit order, and it was assigned a lower case number. *See Streety v. Rurka*, No. 2:25-cv-13816, ECF No. 1. That first-filed petition raises the same claims and appears to be identical in substance to the instant petition.

A district court may dismiss a habeas petition when it is duplicative of a pending habeas petition. *See Davis v. U.S. Parole Com'n*, 870 F.2d 657, 1989 WL

25837 (6th Cir. 1989); *Marks v. Wolfenbarger*, No. 2:06-cv-14325, 2006 U.S. Dist. LEXIS 71937, 2006 WL 2850340, *1 (E.D. Mich. Oct. 3, 2006) (same); *Fuson v. Harry*, No. 06-13211-BC, 2006 U.S. Dist. LEXIS 87993, 2006 WL 2421639, *1 (E.D. Mich. Aug. 22, 2005). This petition is duplicative of the earlier-filed petition and shall therefore be dismissed.

Accordingly, **IT IS ORDERED** that the Petition, ECF. No. 1, is **DISMISSED WITHOUT PREJUDICE**.

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: January 27, 2026